# United States District Court
### WESTERN DISTRICT OF TENNESSEE

**JUDGMENT IN A CIVIL CASE**

ALAN KEITH JEAN, JR.,
Plaintiff,

v.

CASE NUMBER: 1:13-cv-1104-T

DYER COUNTY, ET AL.,
Defendants,

**Decision by Court.**  This action came to consideration before the Court.  The issues have been considered and a decision has been rendered.

IT IS ORDERED AND ADJUDGED that in compliance with the order entered in the above-styled matter on 8/6/13, the complaint is DISMISSED for failure to state a claim on which relief may be granted, pursuant to 28 U.S.C. §§ 1915(e)(2)(B)(ii)-(iii) and 1915A(b)(1)-(2).

Therefore, it is CERTIFIED, pursuant to 28 U.S.C. § 1915(a)(3), that any appeal in this matter by Plaintiff would not be taken in good faith. For analysis under 28 U.S.C. § 1915(g) of future filings, if any, by Plaintiff, this is the first dismissal of one of his cases as frivolous or for failure to state a claim. This "strike" shall take effect, without further action by the Court, upon expiration of the time for filing a notice of appeal, the dismissal  of any appeal, or the affirmation of the district court's ruling on appeal, whichever is later.

APPROVED:

    s/ **James D. Todd**
    JAMES D. TODD
    UNITED STATES DISTRICT JUDGE

THOMAS M. GOULD
CLERK

BY: s/Anna Jordan
DEPUTY CLERK